**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name: Lisa Welcome v. Texas Roadhouse, Inc.

Appellate case number: 01-12-00317-CV

Trial court case number: 2009-13776

Trial court: 80th District Court of Harris County

On January 9, 2014, the Court dismissed this appeal for lack of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.6(a) (governing time to file brief), 38.8(a) (governing appellant's failure to file brief). Appellant, however, filed a pro se brief with the Clerk of this Court on January 8, 2014. Accordingly, we withdraw our January 9, 2014 opinion and judgment, and reinstate the cause on the Court's docket. *See Univ. of Tex. Health Sci. Ctr. v. Gutierrez*, 237 S.W.3d 869, 870 (Tex. App.—Houston [1st Dist.] 2007, pet. denied) (withdrawing opinion and judgment *sua sponte* within Court's plenary power).

Appellee's brief, if any, is due to be filed within 30 days of the date of this order. *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.

Judge's signature: /s/ Justice Jim Sharp
☐ Acting individually    ☑ Acting for the Court
Panel consists of Justices Jennings, Sharp, and Brown.

Date: January 23, 2014